1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | Case No. 1:13-cv-01554-AWI-SKO (PC) |
| Plaintiff, | ORDER DISMISSING AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE LEGIBLE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| J. CONVALECER, et al., | |
| Defendants. | (Doc. 8) |
| _____/ | |

Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 26, 2013.  On October 10, 2013, Plaintiff filed an amended complaint as a matter of right.  Fed. R. Civ. P. 15(a).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."  Fed. R. Civ. P. 8(a)(2).  Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice," *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955 (2007)), and courts "are not required to indulge unwarranted inferences," *Doe I v. Wal-Mart Stores, Inc.*, 572 F.3d 677, 681 (9th Cir. 2009) (internal quotation marks and citation omitted).

1    In addition, Local Rule 130(b) requires that filings be clearly legible.  Plaintiff's amended

2  complaint falls short of the requisite legibility.  Plaintiff appears to be articulate and the issue lies

3  with penmanship rather than with literacy.  The Court notes that some of Plaintiff's filings in other

4  cases are noticeably more legible, including Plaintiff's objection filed on January 7, 2013, in case

5  number 1:12-cv-00982-AWI-MJS *Herrera v. Nareddy*.

6    The Court will provide Plaintiff with a complaint form.  Plaintiff is required to file a

7  legible second amended complaint.  Plaintiff's letter and word formation must be legible, and

8  Plaintiff must use adequate spacing between words.

9    Based on the foregoing, it is HEREBY ORDERED that:

10    1.    The Clerk's Office shall send Plaintiff a complaint form;

11    2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a

12  legible second amended complaint not to exceed twenty-five pages; and

13    3.    **The failure to comply with this order will result in dismissal of this action,**

14  **without prejudice, for failure to obey a court order.**

15

IT IS SO ORDERED.
16

17    Dated:    **April 4, 2014**                      **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2